# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ISAIAH SMALLWOOD JACKSON, <br> Defendant. | Case No. 18cr1805-BAS <br><br> **PRELIMINARY ORDER OF CRIMINAL FORFEITURE** |

WHEREAS, in the Superseding Indictment in the above-captioned case, the United States sought forfeiture of all right, title and interest in specific properties of the above-named Defendant, ISAIAH SMALLWOOD JACKSON ("Defendant"), pursuant to 18 U.S.C. § 2253, as properties involved in the violations of 18 U.S.C. §§ 2251(a) and (e) and 2422(b), as charged in Counts 1 and 2 of the Superseding Indictment; and

WHEREAS, following a trial, on October 25, 2018, the jury found Defendant guilty on both Counts 1 and 2 of the Superseding Indictment; and

WHEREAS, the Court advised the Defendant of his right to proceed with forfeiture in front of the jury, or that Defendant could agree to the forfeiture to the United States of all of the child pornography images and the cellular telephone Defendant used to commit the offenses; and

//

1 WHEREAS, Defendant, together with his counsel, waived all rights to a jury determination of the forfeiture, and consented orally on the record before the Court to forfeit the following:

      **1. Any and all images depicting minors engaged in sexually explicit conduct, and**

      **2. One Samsung Galaxy S7 cellular phone, SM-G930T1;**

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. As the result of the guilty verdicts returned by the jury on Counts 1 and 2 of the Superseding Indictment, and Defendant's consent to the forfeiture, Defendant ISAIAH SMALLWOOD JACKSON is ordered to forfeit to the United States the following:

      **1. Any and all images depicting minors engaged in sexually explicit conduct, and**

      **2. One Samsung Galaxy S7 cellular phone, SM-G930T1.**

2. The Court has determined, based on the evidence already in the record, that the Defendant has an interest in such properties, and that the United States has established the requisite nexus between the properties and the offenses.

3. As a result of the offenses in Counts 1 and 2 of the Superseding Indictment, for which the Defendant was convicted, the United States is now entitled to possession of said properties, pursuant to 18 U.S.C. § 2253 and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

4. Upon the entry of this Order, the United States is authorized to take custody of the properties, and all right, title and interest of Defendant ISAIAH SMALLWOOD JACKSON in them are hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 § 853(n).

5. The aforementioned forfeited assets are to be held by the Federal Bureau of Investigation in its secure custody and control.

//

6. Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights of third parties. The Court shall conduct ancillary proceedings as the Court deems appropriate only upon the receipt of timely third party petitions filed with the Court and served upon the United States. The Court may determine any petition without the need for further hearings upon the receipt of the Government's response to any petition. The Court may enter an amended order without further notice to the parties.

7. Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall publish for thirty (30) consecutive days on the Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of the United States' intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited properties must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

8. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

9. The United States shall also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties that are the subject of the Preliminary Order of Criminal Forfeiture, as a substitute for published notice as to those persons so notified.

//

10. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Forfeiture pursuant to 21 U.S.C. § 853(n) as to the aforemen-tioned assets, in which all interests will be addressed.

11. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

**IT IS SO ORDERED.**

**DATED: November 5, 2018**

Hon. Cynthia Bashant
United States District Judge